# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BAZE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | CASE NO. 2:17-cv-01224-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED:　June 27, 2017

　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE